# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JULIUS J. THOMAS                                                                                          PETITIONER
ADC # 101535

v.                                              5:17CV00067-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Thomas's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice. A certificate of appealability is denied.

DATED this 19th day of June, 2017.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE